# UNITED STATES DISTRICT COURT
для
Eastern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 5:19-sw-00008-JLT
Tea Cup Express, 1801 White Ln., Bakersfield CA 93304 )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3, attached hereto and fully incorporated herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___3/6/19___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the duty magistrate judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2/20/19, 1:48 pm__     *Jennifer L. Thurston*
                                                *Judge's signature*

City and state: Bakersfield, California          Hon. Jennifer L. Thurston
                                                *Printed name and title*

Case 5:19-sw-00008-JLT *SEALED* Document 3 Filed 02/20/19 Page 2 of 7
Case 5:19-sw-00008-JLT Document 4 Filed 03/01/19 Page 2 of 2

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:19-sw-00008-JLT | 2/21/2019  0840 | Wendy Truong |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

- Lenovo Laptop (Silver) + Cord, SN: PF15MKJL
- Documents
- U.S. Currency (Returned back to Wendy Truong on 2/22/2019)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/28/2019

*Nicholas Torres*
Executing officer's signature

- Nicholas Torres, Special Agent
Printed name and title